```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 06 B 16190
   LINDA M MCLAUGHLIN
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-3545


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/07/2006 and was confirmed 06/07/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 09/25/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
LITTON LOAN SERVICING     CURRENT MORTG         .00            .00           .00
LITTON LOAN SERVICING     MORTGAGE ARRE     2606.80            .00       2606.80
COOK COUNTY COLLECTOR     SECURED NOT I         .00            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         1544.00            .00           .00
UNIVERSITY CARDIOLOGY     UNSECURED       NOT FILED            .00           .00
UNIVERSITY CARDIOLOGY     UNSECURED       NOT FILED            .00           .00
CAPITAL ONE BANK          NOTICE ONLY     NOT FILED            .00           .00
CITGO OIL                 UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00           .00
DISCOVER CARD             UNSECURED       NOT FILED            .00           .00
EQUILANT FINANCIAL SVCS   UNSECURED       NOT FILED            .00           .00
FASHION BUG/SOANB         NOTICE ONLY     NOT FILED            .00           .00
PEOPLES ENERGY/GAS        UNSECURED       NOT FILED            .00           .00
VYRIDIAN REVENUE MGMT     UNSECURED       NOT FILED            .00           .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED            .00           .00
MIDNIGHT VELVET           UNSECURED          287.94            .00           .00
NATIONWIDE ACCEPTANCE CO  NOTICE ONLY     NOT FILED            .00           .00
INOVISION                 NOTICE ONLY     NOT FILED            .00           .00
NCO INOVMED               NOTICE ONLY     NOT FILED            .00           .00
NICOR GAS                 UNSECURED       NOT FILED            .00           .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY     NOT FILED            .00           .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00           .00
CHARMING SHOPPES FASHION  UNSECURED          200.35            .00           .00
SILVERLEAF RESORTS INC    SECURED NOT I    7979.89            .00           .00
SILVERLEAF RESORTS INC    SECURED NOT I    2277.95            .00           .00
LARRY MCLAUGHLIN          NOTICE ONLY     NOT FILED            .00           .00
LITTON LOAN SERV          NOTICE ONLY     NOT FILED            .00           .00
ROBERT V SCHALLER ^       DEBTOR ATTY      2,409.00                      2,036.80
TOM VAUGHN                TRUSTEE                                          356.40
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 06 B 16190 LINDA M MCLAUGHLIN
```

```
--------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    5,000.00

PRIORITY                                              .00
SECURED                                          2,606.80
UNSECURED                                             .00
ADMINISTRATIVE                                   2,036.80
TRUSTEE COMPENSATION                               356.40
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                     5,000.00              5,000.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
    Dated: 12/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```